UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>                                Plaintiff,<br><br>-against-<br><br>CARLOS PEREZ-OLIVO, CARLOS PEREZ-HALL, MERCED PEREZ HALL, AND ALYSIA PEREZ-HALL, | Civil Action No.:<br>**07 CIV 9915 (WCC) (MDF)**<br><br><br>**APPEARANCE** |

To the Clerk of this Honorable Court and all parties of record:

    Enter my appearance as counsel in this case for

    CARLOS PEREZ-OLIVO

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 7th, 2007

                                              LAW OFFICES OF ROBERT A. BUCKLEY

                                              s/ Robert A. Buckley
                                              Robert A. Buckley (RB8930)
                                              Attorney for the Defendant Carlos Perez-Olivo
                                              310 West 55th Street - Suite 1K
                                              New York, NY 10019
                                              (212) 246-7091
                                              Fax: (917) 591-2888
                                              Email: Buckleylaw@nyc.rr.com