UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

HARTFORD LIFE INSURANCE COMPANY,                Civil Action No.: 07 CIV 9915

                      Plaintiff,

                                                 **RULE 7.1(a) DISCLOSURE**
       -against-                              **STATEMENT**

CARLOS PEREZ-OLIVO, CARLOS PEREZ-HALL,
MERCED PEREZ-HALL AND ALYSIA PEREZ-HALL,

                      Defendants.
-----------------------------------------------------------------------X

      Norman L. Tolle, an attorney admitted to practice in this Court declares as follows:

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Hartford Life Insurance Company, a non-governmental corporate party, certifies that Hartford Life Insurance Company is 100% owned by Hartford Life Inc., which is not a publicly held corporation.

Dated: Uniondale, New York
        December 17, 2007

                                        By: _____
                                               Norman L. Tolle (NT 5081)
                                               RIVKIN RADLER LLP
                                               926 RexCorp Plaza
                                               Uniondale, New York 11556-0926
                                               (516) 357-3007
                                               Attorneys for Plaintiff Hartford Life
                                               Insurance Company

2103863 v1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS. :
COUNTY OF NASSAU       )

I, Lisa Sullo being sworn, say:

I am not a party to the action, am over 18 years of age and reside in West Babylon, New York.

On December 18, 2007, I served the within **Hartford Life Insurance Company's Rule 7.1(a) Disclosure Statement,** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Domenick Napoletano, Esq.
Attorney for Defendants Carlos Perez-Hall, Merced Perez-Hall
and Alysia Perez-Hall
351 Court Street
Brooklyn, NY  11231

Robert Buckley, Esq.
Attorney for Defendant Carlos Perez-Olivo
Law Offices of Robert A. Buckley
310 West 55th Street, Suite 1K
New York, NY  10019

Lisa Sullo

Sworn to before me this
18th day of December, 2007

Notary Public

DIANA DORSEY
Notary Public, State of New York
No. 01DO6067959
Qualified in Nassau County
Commission Expires December 24, 20 09

2104024 v1