

**NORMAN L. TOLLE**
PARTNER
(516) 357-3242
norman.tolle@rivkin.com

March 3, 2008

**VIA ELECTRONIC FILING**

Honorable William C. Conner
United States District Court
Southern District of New York
300 Quarropas St., Room 630
White Plains, NY 10601

    Re:  *Hartford Life Insurance Company v. Perez-Olivo*
         Civil Action No.: 07 CIV 9915
         RR File No.: 005920-07017

Dear Judge Conner:

    This office represents plaintiff Hartford Life Insurance Company in the above matter. We write to you today in accordance with your Courtroom Deputy Gina Sicora's request that we advise the court of the current status of this matter.

    Ms. Sicora called my office to inquire as to the status of this lawsuit since Hartford Life had filed a Proof of Service of Summons and Complaint upon Carlos Perez-Olivo, but had not filed Proof of Service with respect to the other named defendants. I advised Ms. Sicora that counsel for those defendants had agreed to accept service of process on behalf of his clients, but had not yet returned to this office a letter confirming his authority to and acceptance of service of process. In any event, the parties have been discussing a resolution of this matter and expect to file with the court within the next 45 days a Stipulation and Order dismissing the action with prejudice.

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com



Honorable William C. Conner
March 3, 2008
Page 2

      Should the Court need additional information, please contact this office at the court's convenience.

                Respectfully submitted,

                RIVKIN RADLER LLP

                *Norman Tolle*

                Norman L. Tolle

NLT/ls
cc:    Domenick Napoletano, Esq.
       Robert Buckley, Esq.