UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARTFORD LIFE INSURANCE COMPANY,                Civil Action No.: 07 CIV 9915

                Plaintiff,

                                                  **NOTICE OF VOLUNTARY**
           -against-                    **DISMISSAL OF ACTION**

CARLOS PEREZ-OLIVO, CARLOS PEREZ-HALL,
MERCED PEREZ-HALL AND ALYSIA PEREZ-HALL,

                Defendants.
------------------------------------------------------------------X

        NOTICE IS HEREBY GIVEN that, pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff HARTFORD LIFE INSURANCE COMPANY voluntarily dismisses the above-entitled action, without prejudice, against all defendants.

Dated: Uniondale, New York
       April 4, 2008

                                                RIVKIN RADLER LLP

                                By: _____
                                         Norman L. Tolle (NLT 5081)
                                         Attorneys for Plaintiff
                                         Hartford Life Insurance Company
                                         926 RexCorp Plaza
                                         Uniondale, New York  11556-0926
                                         (516) 357-3242

2136987 v1