~ORIGINAL~ (stamp)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARTFORD LIFE INSURANCE COMPANY,

                Plaintiff,

-against-

CARLOS PEREZ-OLIVO, CARLOS PEREZ-HALL,
MERCED PEREZ-HALL AND ALYSIA PEREZ-HALL,

                Defendants.
------------------------------------------------------------------X

Civil Action No.: 07 CIV 9915 (WCC)

ECF CASE

**NOTICE OF VOLUNTARY**
**DISMISSAL OF ACTION**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff HARTFORD LIFE INSURANCE COMPANY voluntarily dismisses the above-entitled action, without prejudice, against all defendants.

Dated: Uniondale, New York
       April 4, 2008

                            RIVKIN RADLER LLP

                    By: _/s/ Norman Tolle_
                            Norman L. Tolle (NLT 5081)
                            Attorneys for Plaintiff
                            Hartford Life Insurance Company
                            926 RexCorp Plaza
                            Uniondale, New York  11556-0926
                            (516) 357-3242

SO ORDERED.
Dated: White Plains, NY
       April 25, 2008

_/s/ William C. Conner_
WILLIAM C. CONNER, Senior U.S.D.J.

2136987 v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD